IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-11026
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BRENDA LEE FORD,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:95-CR-016-A-1
- - - - - - - - - -
August 1, 1996

Before GARWOOD, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Brenda Lee Ford appeals her conviction for conspiracy to possess and distribute cocaine and possession with intent to distribute. Her sole argument on appeal is that the evidence was insufficient to support her conviction and is limited to the conspiracy conviction. We have reviewed the record and the briefs of the parties and hold that the evidence was sufficient for a reasonable jury to find Ford guilty beyond a reasonable

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

doubt.  <u>United States v. Charroux</u>, 3 F.3d 827, 830-31 (5th Cir. 1993).

Accordingly, the judgment of the district court is AFFIRMED.